The ordinance of the City of Pensacola permits an arbitrary discrimination by the city authorities, both as to the class of "buildings" in which privies must be installed, and as to the time when the penalty provided by the ordinance shall be imposed, and is inoperative and void. The judgment of the lower court is affirmed.

TAYLOR, WHITFIELD AND ELLIS, J. J., concur.

WEST, J., concurs in the conclusion.

---

E. A. McCOLSKEY AND R. E. McCOLSKEY, FORMERLY CO-PARTNERS DOING BUSINESS AS McCOLSKEY BROTHERS, AND E. A. McCOLSKEY, *Plaintiffs in Error,* v. GAINESVILLE NATIONAL BANK, A CORPORATION, *Defendant in Error.*

Decision Filed July 1, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Alachua; J. T. Wills, Judge.

*Robt. E. Davis,* for Plaintiffs in Error;

*W. S. Broome,* for Defendant in Error.

PER CURIAM.—This cause having been heretofore submitted to the Court upon the transcript of the record of the judgment aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judg-

ment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

SEABOARD AIR LINE RAILWAY COMPANY, *Plaintiff in Error,* v. EDWARD MCLAUGHLIN, BY NEXT FRIEND, ETC., *Defendant in Error.*

Decision Filed July 1, 1919.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval; George Couper Gibbs, Judge.

*Fleming & Fleming,* for Plaintiff in Error;

*Thos. B. Adams* and *R. E. Stillman,* for Defendant in Error.

PER CURIAM.—This cause having been heretofore submitted to the Court upon the transcript of the record of the judgment aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.